# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CASE NO. 0:11-cv-01332-RHK-FLN

_____

| | |
|---|---|
| JOSEPH A. ADDIE, | Civil No. 11-1332 (RHK/FLN) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| TRANS UNION LLC, | |
| Defendant. | |

_____

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 13), **IT IS ORDERED** that all claims of Plaintiff Joseph A. Addie against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE**. Plaintiff Joseph A. Addie and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 12, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge